FILED

10/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0607

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0607

_____

BRENNA ANDERSON,

      Petitioner,

  v.

FIRST JUDICIAL DISTRICT COURT, LEWIS
AND CLARK COUNTY, HON. MIKE
MCMAHON, PRESIDING,

      Respondent.

O R D E R

_____

Petitioner Brenna Anderson, via counsel, seeks a writ of supervisory control to reverse the Octoer 2, 2023 Order Denying Motion to Amend Substitution Motion in Lewis and Clark County Cause No. BDC-2023-410, in which Anderson is the defendant.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the First Judicial District Court and the State of Montana, or both, are each granted until October 30, 2023, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the First Judicial District Court, Lewis and Clark County, Cause No. BDC-2023-410, and the Honorable Michael F. McMahon, presiding.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 18 2023